IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 1 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00421-WDM-CBS

ANTHONY W. JACKSON, SR.,
    Plaintiff,
v.

GLAZED INVESTMENTS, LLC,
    Defendant.

---

SECOND ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Jackson's "Motion for Reservice by United States Marshal" (filed July 11, 2007) (doc. # 16). Pursuant to the Order of Reference dated March 15, 2007 (doc. # 6) and the memorandum dated July 11, 2007 (doc. # 17), this matter was referred to the Magistrate Judge.

On March 1, 2007, the court permitted Mr. Jackson to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* "Order Directing Clerk to Commence Civil Action and Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915" (doc. # 2)). On March 16, 2007, the court granted service on the Defendant by the United States Marshal. (*See* doc. # 7).

On May 3 and May 8, 2007, the court was notified that Defendant could not be served at the address provided by Plaintiff. (*See* docs. # 9 and # 10). At the status conference held June 27, 2007, the court directed Plaintiff to provide an address at which Defendant can be served. (*See* Courtroom Minutes/Minute Order (doc. # 15)). Mr. Jackson has now provided an address at which he represents Defendant can be served:

> Glazed Investments, LLC
> c/o BMC Group
> 1330 East Franklin Avenue
> El Segundo, California 90245

(*See* doc. # 16). Accordingly,

**IT IS ORDERED** that the Clerk of the Court, where appropriate, shall attempt to

1

obtain a waiver of service from Defendant Glazed Investments, LLC. If a waiver of service cannot be obtained by the Clerk, the United States Marshal shall serve a copy of the complaint and summons upon Defendant Glazed Investments, LLC at the address provided by Mr. Jackson. Where appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED at Denver, Colorado, this 11th day of July, 2007.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00421-WDM-CBS

Anthony W. Jackson, Sr.
1880 Chamberlin South
Colorado Springs, CO 80906

US Marshal Service
Service Clerk
Service forms for: Glazed Investments, LLC

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Glazed Investments, LLC: TITLE VII COMPLAINT FILED 03/01/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7-11-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk