IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00421-WDM-CBS

ANTHONY W. JACKSON, SR.,

    Plaintiff,

v.

GLAZED INVESTMENTS, LLC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that pursuant to the court's Order filed on July 11, 2007 (*doc. no. 18*) Plaintiff's Motion for Order for Reservice (*doc. no. 16)* is **GRANTED**.

**DATED:**    July 24, 2007